■ In the Matter of RITA LEIBERT, Petitioner, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES et al., Respondents. [919 NYS2d 332]—

The record contains substantial evidence that supports the determination that the children's best interests would be served by their removal from petitioner's home (*see Matter of O'Rourke v Kirby*, 54 NY2d 8, 16 [1981]). The evidence also supports the finding that petitioner failed to provide one of the boys with his prescribed medication (*see Matter of Joshua Noel A.*, 40 AD3d 749 [2007]). Concur—Tom, J.P., Sweeney, Catterson, Acosta and Manzanet-Daniels, JJ.